IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY DEAN HANCE,**                      **PLAINTIFF**
**# 212**

v.                 **Case No. 4:25-CV-00529-JM-JTK**

**WATKINS,** *et al*.                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE